United States District Court
Southern District of Texas
**ENTERED**
August 09, 2017
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SUSAN FARRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2706 |
| | § | |
| EARTHINTEGRATE, INC. *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on August 8, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge