IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUSAN FARRELL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:16-cv-2706 |
| § | |
| EARTHINTEGRATE, INC. AND § | |
| PAGEFLEX, INC. § | |
| § | |
| Defendants. § | |

## ORDER OF FINAL JUDGMENT

This matter having come before the Court on August 7, 2017 for trial by jury, the Honorable Lee H. Rosenthal presiding, Plaintiff Susan Farrell appearing by and through her legal counsel, and Defendants EarthIntegrate, Inc. and Pageflex, Inc. appearing by and through their legal counsel.

As a jury had been previously requested, the Court impaneled and swore 12 jurors who heard the evidence and arguments of counsel. After Plaintiff rested her case, Defendants filed a Motion for Judgment as a Matter of Law (Dkt. 40). After Defendants rested, Defendants re-urged their Motion for Judgment as a Matter of Law, and Plaintiff orally moved for Judgment as a Matter of Law. After hearing argument, and for the reasons stated on the record, the Court **DENIED** Defendant's Motion for Judgment as a Matter of Law and the Court **DENIED** Plaintiff's Motion for Judgment as a Matter of Law. Following the arguments of counsel and the charge of the Court, the jury retired to deliberate. Thereafter, on August 9, 2017, the jury reached a unanimous verdict, finding in favor of Defendants and against Plaintiff on all claims. Having reviewed the verdict, the Court is of the opinion that Defendants EarthIntegrate, Inc. and Pageflex, Inc. are entitled to judgment.

It is, therefore, **ORDERED** that judgment is entered in favor of Defendants EarthIntegrate, Inc. and Pageflex, Inc. and against Plaintiff Susan Farrell, and that Plaintiff take nothing by way of the claims asserted against Defendants EarthIntegrate, Inc. and Pageflex, Inc.

This judgment is intended to be **FINAL** for purposes of appeal. The Judgment disposes of all parties to this action and all claims. All relief requested by any party to this action not expressly granted herein is **DENIED**.

**SO ORDERED.**

Signed, this the 10th day of August, 2017.

Hon. Lee H. Rosenthal
Chief United States District Judge